United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 88-0336 CRB |
| Plaintiff, | **ORDER** |
| v. | |
| CALVIN LYNIOL ROBINSON, | |
| Defendant. | |

Now before the Court is defendant's motion to modify his criminal judgment pursuant to 18 U.S.C. § 3582(c)(1)(B)(2). Although § 3582(c)(1)(B)(2) is non-existent, it appears that the defendant seeks to modify his judgment pursuant to either § 3582(c)(1)(B) or § 3582(c)(2).

Section 3582(c)(1)(B) provides that a court may modify a term of imprisonment "to the extent otherwise expressly permitted by statute or by Rule 35 of the Federal Rules of Criminal Procedure." (Emphasis added). Defendant, however, fails to cite to statutory authority expressly permitting the proposed modification. Furthermore, a review of the case file fails to disclose any justification for the modification.

Section 3582(c)(2) permits a court to reduce a defendant's term of imprisonment if the defendant " has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. 994(o)." Contrary to defendant's argument, the Supreme Court's decision in United States v. Booker, 543 U.S. 220 (2005), "did not lower sentencing ranges, nor was Booker an action 'by the Sentencing

Commission'; therefore § 3582(c)(2), by its own terms, does not apply here." <u>Carrington v. United States</u>, 2007 WL 2597326, *2 (9th Cir. 2007).

Accordingly, defendant's motion is DENIED.

**IT IS SO ORDERED.**

Dated: October 03, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

-2-