IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 88-0336 CRB |
| Plaintiff, | **ORDER** |
| v. | |
| CALVIN LYNIOL ROBINSON, | |
| Defendant. | |

Defendant Calvin Robinson has filed a paper entitled "Acceptance for Value and Return for Value for Discharge of the $455.00 Docket Fee," which, in effect, requests that the $455.00 docket fee associated with his appeal be waived. An appeal may not be taken in forma pauperis if it is not taken in "good faith." 28 U.S.C. § 1915(a)(3). In "good faith" is judged by an objective standard, and is "demonstrated when [the defendant] seeks appellate review of any issue not frivolous." Coppedge v. United States, 369 U.S. 438, 445 (1962).

///

Defendant's appeal of this Court's order denying the motion to modify his criminal judgment is not taken in good faith because the appeal is patently frivolous. Defendant has not identified, and the Court cannot locate, any meritorious issues presented by Robinson's appeal. Accordingly, the defendant's motion is DENIED.

**IT IS SO ORDERED.**

Dated: February 22, 2008



CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE