IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Respondent,<br><br>    v.<br><br>CALVIN LYNIOL ROBINSON,<br><br>    Petitioner.                          / | No. CR 88-0336 CRB<br><br>**ORDER TO SHOW CAUSE** |

    Defendant Calvin Robinson has filed three motions.  First, he has filed a motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255.  See Motion to Vacate (dkt. 795).  He alleges (1) an equal protection violation and (2) a due process violation related to selective prosecution, both based in part on a memo from the Attorney General's office and allegedly inappropriate charging practices.  Id.  Second, he has filed a motion for discovery related to his § 2255 petition.  See Motion for Discovery (dkt. 796).  Third, he has filed a motion to modify his term of imprisonment under 18 U.S.C. § 3582 based on a 1994 amendment to the sentencing guidelines.  See Motion for Modification (dkt. 787).

    Good cause appearing therefor, the Government is hereby ORDERED to file an answer to Defendant's motions within 60 days of this Order.  If Defendant wishes to respond to that answer, he shall file a traverse with the Court and serve it on respondent

//

1  within 30 days of his receipt of the answer.

3  **IT IS SO ORDERED.**



Dated: September 4, 2015

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2