IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 88-00336-CRB |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| CALVIN LYNIOL ROBINSON, | |
| Defendant. | |

Calvin Robinson has moved under Federal Rule of Procedure 60 to set aside an order from this Court denying an array of motions challenging his sentence. See Rule 60 Mot. (dkt. 816); Order (dkt. 810). The government is hereby ORDERED to show cause why Robinson's motion should not be granted. The government is ORDERED to respond within 60 days from the entry of this Order. Robinson shall file a reply brief not later than 30 days after the government's response is due.

**IT IS SO ORDERED.**

Dated: June 21, 2017

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE