IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 88-00336-CRB |
| Plaintiff, | **ORDER GRANTING EXTENSION OF TIME IN WHICH TO FILE REPLY BRIEF** |
| v. | |
| CALVIN LYNIOL ROBINSON, | |
| Defendant. | |

Calvin Robinson's motion (dkt. 822) for an extension of time in which to file a reply to the government's response to his Rule 60 motion (dkt. 821) is GRANTED. The reply brief is now due October 22, 2017.

Robinson has also filed an affidavit alleging that he has received improper medical care. To the extent that Robinson wishes to seek an injunction for proper medical care in federal court, he must file a civil complaint in a court where personal jurisdiction and venue are proper. Robinson might also wish to pursue an administrative remedy. See Federal Bureau of Prisons, Program Statement 1330.16, Administrative Remedy Program (2002), available at https://www.bop.gov/policy/progstat/1330_013.pdf.

**IT IS SO ORDERED.**

Dated: September 11, 2017

CHARLES R. BREYER
United States District Judge