IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CALVIN LYNIOL ROBINSON,<br><br>    Defendant. | Case No. CR 88-00336-CRB<br><br>**ORDER DENYING MOTION FOR EXTENSION OF TIME IN WHICH TO FILE NOTICE OF APPEAL** |

Calvin Robinson's motion for an extension of time in which to file a notice of appeal from the Court's denial of his Rule 60 motion (dkt. 819) is DENIED as moot. The Court granted Robinson's earlier motion for an extension of time (dkt. 814) and entered the notice of appeal (dkt. 825). Accordingly, there is no relief the Court can grant.

**IT IS SO ORDERED.**

Dated: September __, 2017

_____
CHARLES R. BREYER
United States District Judge