IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CALVIN LYNIOL ROBINSON,<br><br>Defendant. | Case No. 88-cr-00336-CRB-1<br><br>**ORDER** |

Calvin Lyniol Robinson has filed a motion for relief (dkt. 816) from the Court's order denying his motion to vacate, set aside, or amend his sentence, his motion for discovery, and his motion to modify his term of imprisonment (dkt. 810). Robinson argues that the government failed to properly serve him with its response to his original motion, thereby denying him the opportunity to reply. Robinson is hereby ORDERED to file a reply to the government's response (dkt. 807) within 60 days of being served with this order. His motion for a court-appointed attorney is DENIED. Once Robinson's reply brief has been filed, this matter will be deemed submitted.

**IT IS SO ORDERED.**

Dated: Oct. 19, 2017

CHARLES R. BREYER
United States District Judge