IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CALVIN L. ROBINSON,<br><br>Defendant. | Case No. 88-cr-00336-CRB-1<br><br>**ORDER DENYING [816] MOTION FOR RECONSIDERATION** |

Calvin L. Robinson seeks relief under Fed. R. Civ. P. 60 from this Court's denial of his habeas motions (dkt. 810). To the extent Robinson argues that the Court erred because he was denied the opportunity to file a reply brief, his motion is not a second and successive petition, and the Court may consider his arguments. See Rishor v. Ferguson, 822 F.3d 482, 491 (9th Cir. 2016), cert. denied, 137 S. Ct. 2213 (2017). However, the Court sees no arguments in Robinson's motion for reconsideration (dkt. 816) that were not already before it in his original motion, so it fails to understand how he was prejudiced by any inability to file a reply brief. So that it could better evaluate whether Robinson was prejudiced, the Court provided him with another opportunity to file a reply brief to the government's response to his habeas motion (dkts. 831, 832). The Court provided Robinson 60 days in which to file the brief (dkt. 832), but he failed to do so. Instead, he filed an incomprehensible document that the Court does not understand to raise any arguments about the merits of his case (dkt. 834). Accordingly, because Robinson has failed to show that he was prejudiced by his inability to file a reply brief, his motion to reconsider is **DENIED**. The Court construes his notice of appeal (dkt. 826) as a motion for a certificate of appealability with regard to the Court's denial of his motion for

reconsideration, and **DENIES** that motion, as well.

**IT IS SO ORDERED.**

Dated: March 5, 2018



CHARLES R. BREYER
United States District Judge