UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO VENUE

UNITED STATES OF AMERICA,

Plaintiff,

v.

CALVIN LYNIOL ROBINSON,

Defendant.

**Case No.:** CR 88–336 CRB

**ORDER GRANTING MOTION FOR REDUCTION OF SENTENCE PURSUANT TO THE FIRST STEP ACT AND 18 U.S.C. § 3582(C)(1)(A)**

For the reasons set forth in the parties' briefing and after considering the relevant factors in 18 U.S.C. § 3553(a) and United States Sentencing Guidelines § 1B1.13, the Court hereby finds that extraordinary and compelling reasons warrant a reduction of defendant Calvin Lyniol Robinson's term of imprisonment.  Accordingly, the motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(1)(A) and the First Step Act of 2018, § 603(b), Pub. L. 115- 391, 132 Stat. 5194, 5239 (Dec. 21, 2018), is hereby GRANTED.

IT IS HEREBY ORDERED that the defendant's term of imprisonment is hereby reduced to the time he has already served.

IT IS FURTHER ORDERED that the defendant shall be released from the custody of the Bureau of Prisons as soon as the release plan is implemented, and travel arrangements can be made, but no later than one week from entry of this Order absent further Order of this Court.

IT IS FURTHER ORDERED that upon release from imprisonment, the defendant will be placed on supervised release for a term of five years.  Within 72 hours of release from the custody of the Bureau of Prisons the defendant shall report to the Probation Office in the district to which he is released.

While on supervised release, the defendant shall not commit another federal, state, or local crime. The defendant shall comply with the current standard conditions of supervised release that have been adopted by this Court.

IT IS FURTHER ORDERED that the conditions of supervised release from the July 1, 1992 Judgment (Docket 650) be deleted, including the condition that the defendant "pay costs of supervision at a rate of $83.33 per month, commencing upon his release from custody."

IT IS FURTHER ORDERED, as a special condition of supervised release, that: upon release, the defendant shall reside at the residence of his sister, Sue Lemmons, at 1105 Republic Avenue, Napa, CA 94559.

All other aspects of the Judgment of July 1, 1992, remain as previously imposed.

The Clerk shall provide a copy of this Order to the Probation Office.

**IT IS SO ORDERED.**

Dated: July 19, 2019

_____
HON. CHARLES R. BREYER
United States District Judge